*In re* LANGLEY'S ESTATE.

WHITEHEAD *v.* SUNLEY.

APPEAL AND ERROR—EXTENSION OF TIME TO SUE OUT WRIT.
Delay in suing out a writ of error must be excused by a sufficient showing in order to warrant an extension of time beyond the year.

Almeron Whitehead and John Moore, executors, presented for probate the last will and testament of Thomas Langley, deceased. The will was allowed in probate court and Nellie L. Sunley and others, heirs at law, appealed to the circuit court where judgment was entered for proponents: On motion for an extension of time to sue out writ of error. Submitted September 21, 1909. (Calendar No. 23,539½.) Motion denied October 4, 1909.

*Charles Engelhard,* for the motion.

*Gafill & Whitehead* and *Rockwell & Zimmerman,* contra.

PER CURIAM. Judgment was rendered April 23, 1908. Appellants have shown no valid excuse for the delay. The case is ruled by *Bliss* v. *Caille Bros. Co.,* 157 Mich. 258 (121 N. W. 756), and *In re Thorington's Estate,* 157 Mich. 513 (122 N. W. 116).

Motion denied, with costs.